ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:26-po-00060-SAB |
|---|---|
| Plaintiff, | [Citation #FBLV001Z CA/4B] |
| v. | |
| CHAD T. CHANEY, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00060-SAB [Citation #FBLV001Z CA/4B] against CHAD T. CHANEY, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 13, 2026                    Respectfully submitted,

                                       ERIC GRANT
                                       United States Attorney

                              By:    /s/ *Joshua B. Banister*
                                       JOSHUA B. BANISTER
                                       Assistant United States Attorney

# O R D E R

IT IS HEREBY ORDERED that Case No. 1:26-po-00060-SAB [Citation #FBLV001Z CA/4B] against CHAD T. CHANEY is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **May 14, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Chaney
Case No. 1:26-po-00060-SAB